RED CANADY v. STATE.

No. A-1126.    Opinion Filed January 5, 1912.

Appeal from Pottawatomie County Court; Ross F. Lockeridge, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Red Canady, plaintiff in error, was convicted of a violation of the prohibition law. March 7th, 1911, he was sentenced to serve a term of sixty days in the county jail and to pay a fine of three hundred dollars. An appeal was taken by filing in this court on May 2nd, 1911, a petition in error with case-made. When the case was called for final submission on the assignment, the Attorney General moved in open court to affirm for failure to prosecute. No briefs have been filed and no appearance made in this court on plaintiff in error's behalf. The appeal having been abandoned, the motion to affirm is hereby sustained. Mandate to issue forthwith.

---

R. L. NELSON v. STATE.

No. A-1127.    Opinion Filed January 5, 1912.

Appeal from Muskogee Superior Court; Farrar L. McCain, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. R. L. Nelson, plaintiff in error, was convicted in the superior court of Muskogee county for the crime of selling intoxicating liquor, and was, on January 4, 1911, sentenced to serve a term of four months in the county jail and to pay a fine of four hundred dollars. To reverse this judgment an appeal was taken by filing in this court on May 4, 1911, a petition in error with case-made. When the case was called on the regular assignment for final submission the Attorney General moved to affirm for failure to prosecute the appeal. No briefs have been filed and no appearance made of behalf of plaintiff in error in this court. The appeal having been abandoned the motion to affirm is sustained. Mandate to issue forthwith.